HERRMANN KOEHLER, Respondent, *v.* THE FARMERS AND DROVERS' NATIONAL BANK OF SOMERS, N. Y., et al.

In the Matter of the Application to Punish ODLE CLOSE et al., for Contempt, Appellants.

(Argued December 9, 1889; decided December 20, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made the first Monday of May, 1888, which affirmed an order of Special Term, punishing the appellants for contempt in violating an injunction order.

*William A. Abbott* for appellants.

*Emanuel J. Myers* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

In the Matter of the Application of the PEOPLE's RAILROAD COMPANY OF SYRACUSE, for the Appointment of Three Commissioners to Determine Whether its Railroad Ought to be Constructed.

(Submitted December 9, 1889; decided December 20, 1889.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made May 10, 1889, which confirmed the report of the commissioners appointed herein, and denied a motion to vacate the order appointing them.

*Charles H. Peck* for appellants.

*Martin A. Knapp* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.